# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Rueben Emilio HERNANDEZ<br><br>Defendant. | Case No.: '21 MJ2048<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

## COUNT 1

On or about May 20, 2021, within the Southern District of California, Rueben Emilio HERNANDEZ did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

## COUNT 2

On or about May 20, 2021, within the Southern District of California, Rueben Emilio HERNANDEZ did knowingly and intentionally import a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

## COUNT 3

On or about May 20, 2021, within the Southern District of California, Rueben Emilio HERNANDEZ did knowingly and intentionally import a mixture and substance containing

a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Robin Tannehill
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 21st of May 2021.

_____
HON. KAREN S. CRAWFORD
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On May 20, 2021, at approximately 4:02 A.M., Rueben Emilio HERNANDEZ ("HERNANDEZ"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane 24B. HERNANDEZ was the driver and sole occupant of a 2018 Kia Rio ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer (CBPO) received two negative Customs declarations from HERNANDEZ. HERNANDEZ stated he was crossing the border to go to El Cajon, California. Vehicle queries yielded a computer generated alert, and HERNANDEZ was referred for secondary inspection.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the back seat of the vehicle.

A Canine Enforcement Team was conducting secondary inspection operations; when inspecting the area to which the canine alerted the CBPO discovered packages wrapped in plastic concealed within the backseat.

Further inspection of the vehicle resulted in the discovery of 55 total packages concealed in the rear seat of the vehicle. 49 of the packages contained a substance, a sample of which field tested positive for the characteristics of methamphetamine, with a total approximate weight of 41.12 kilograms (90.65 pounds); one of the

1

packages contained a substance, a sample of which field tested positive for the characteristics of heroin, with a total approximate weight of 1.10 kilograms (2.43 pounds); and five of the packages contained a substance, a sample of which field tested positive for the characteristics of fentanyl, with a total approximate weight of 5.42 kilograms (11.95 pounds).

HERNANDEZ was placed under arrest at approximately 6:55 A.M.

During a post-Miranda interview, HERNANDEZ admitted that he was supposed to receive a car worth roughly $2,000 to $3,000 USD, as well as roughly $1,000 USD in cash, as payment for transporting drugs into the United States. HERNANDEZ stated he thought he was transporting marijuana. HERNANDEZ claimed he did not know where he was supposed to deliver the drugs and was supposed to call another person after entering the United States.

HERNANDEZ was arrested and charged with a violation of Title 21, United States Code, 952 and 960, Importation of a Controlled Substance.